IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDSAY REILLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-854-E |
| | § | |
| LOLOI, Inc., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lindsay Reilly ("Plaintiff") hereby files this Stipulation of Dismissal with Prejudice of the above-captioned case, respectfully showing as follows:

1. Plaintiff filed this Fair Labor Standards Act ("FLSA") lawsuit against Defendant Loloi, Inc. ("Defendant") on April 13, 2021. (ECF 1).

2. Defendant has not filed an answer or a motion for summary judgment. No motion for FLSA collective action certification was filed. There are no pending motions before the Court as of the filing of this document. Defendant's current deadline to file a responsive pleading to Plaintiff's original complaint is July 12, 2021. (ECF 10).

3. This stipulation of dismissal is filed with prejudice.

4. This stipulation is effective upon filing of this document and no Court Order is required pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: June 21, 2021.

Respectfully submitted,

By:  s/ Allen R. Vaught
     Allen R. Vaught

*Plaintiff's Stipulation of Dismissal – Page* 1

          Attorney-In-Charge
          TX Bar No. 24004966
          Vaught Firm, LLC
          1910 Pacific Ave., Suite 9150
          Dallas, Texas 75201
          (972) 707-7816 – Telephone
          (972) 591-4564 – Facsimile
          avaught@txlaborlaw.com

          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On June 21, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the document on all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    Mr. John B. Brown
    OGLETREE, DEAKINS, NASH,
    SMOAK &STEWART, P.C.
    8117 Preston Road, Suite 500
    Dallas, TX 75225
    john.brown@ogletreedeakins.com

          s/Allen R. Vaught
          Allen R. Vaught